UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUCK & LECHNER SERVICE
& VENTRIEBS GdbR.,

    Plaintiff,

vs.

Case No. 08-CV-13577

HON. GEORGE CARAM STEEH

STAR CUTTER CO.,

    Defendant and Counter-Plaintiff,

vs.

BUCK & LECHNER SERVICE
& VENTRIEBS GdbR., STEFAN
LECHNER and THOMAS BUCK,

    Counter-Defendants.

_____/

## ORDER OF DISMISSAL

This matter came before the court for a status conference on August 26, 2010. The court heard from counsel for defendant and counter-plaintiff Star Cutter, as well as counter-defendant Stefan Lechner on his own behalf, regarding plaintiff Buck & Lechner Service & Ventriebs GdbR's failure to obtain counsel, and the issues raised in Star Cutter's pending motion for summary judgment. Now, therefore, for the reasons stated on the record, this matter is DISMISSED without prejudice.

Dated: August 31, 2010

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 31, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk