UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUCK & LECHNER SERVICE
& VENTRIEBS GdbR.,

    Plaintiff,

vs.

Case No. 08-CV-13577

HON. GEORGE CARAM STEEH

STAR CUTTER CO.,

    Defendant and Counter-Plaintiff,

vs.

BUCK & LECHNER SERVICE
& VENTRIEBS GdbR., STEFAN
LECHNER and THOMAS BUCK,

    Counter-Defendants.
_____/

## ORDER SUPPLEMENTING SERVICE OF PRIOR ORDER OF DISMISSAL

The court received e-mail correspondence from dismissed counter-defendant Stefan Lechner, stating that he never received a copy of the Order of Dismissal entered by the court, and mailed to Mr. Lechner to his German address of record on August 31, 2010. Accordingly, the court enters this order as notice to Mr. Lechner of the Order of Dismissal earlier provided by regular mail. A copy of this order and the earlier Order of Dismissal are being provided to Mr. Lechner on this date, by the email address he used to correspond with the court.

Dated: September 27, 2010

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 27, 2010, by electronic and/or ordinary mail. Sent by email to Stefan Lechner.

S/Josephine Chaffee
Deputy Clerk